UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: )
)
Keith A Yerian ) Case # 6:15-bk-01720-KSJ
) Chapter 7
Debtor )

TRUSTEE'S OBJECTION TO PROPERTY CLAIMED AS EXEMPT

TO: The Above-Captioned Debtor and His Attorney of Record:

Richard B. Webber II, Trustee, pursuant to 11 U.S.C. §522(l), hereby objects to the amended claim of exemptions filed by the Debtor, and shows:

1. Keith A Yerian filed a petition under Chapter 7 of this title on February 27, 2015.

2. The 11 U.S.C. Section 341 Meeting of Creditors ("Meeting") was held and concluded on April 9, 2015.

3. On July 28, 2015, Debtor filed Amended Schedule B (Doc. # 42) adding an IRA Trust Services Company valued at $350,000.00.

4. On July 28, 2015, Debtor filed Amended Schedule C (Doc. # 42) exempting the IRA Trust Services Company under Fla. Stat. Ann. § 222.21(2) and exempting a 1998 BMW M Roadster under Fla. Stat. Ann. § 222.25(4), hereinafter referred to as "Property".

5. The Trustee objects to the Debtor's claim of exemptions of the Property because Debtor concealed assets and made false oaths regarding the assets.

6. The Trustee intends to administer the non-exempt portion of the Property in the bankruptcy case for the benefit of the bankruptcy estate's creditors.

7. The Trustee will be filing a motion requesting this Objection to Exemptions be combined and track with Adversary Proceeding No. 6:15-ap-64-KSJ.

WHEREFORE, the Trustee moves this Court to enter its order as follows: (a) sustaining the objection; (b) denying the Debtor's claim of exemptions of the Property as set forth above; and (c) liquidate non-exempt assets for the benefit of creditors; (d) for such further relief as this Court deems just and reasonable.

I HEREBY CERTIFY that a true and correct copy of the foregoing Objection has been furnished by either electronic transmission or first-class United States Mail, postage prepaid, on the August 5, 2015 to: Keith A Yerian, 5767 TREASURE LANE, GRANT, FL 32949; Brett A Elam, LAW OFFICES OF BRETT A ELAM PA, 105 S. NARCISSUS AVENUE, SUITE 802, WEST PALM BEACH, FL 33401; and to the United States Trustee's Office, 400 W. Washington St., Ste. 1100, Orlando, Florida 32801.

Dated:  August 5, 2015

/s/Richard B. Webber II
Richard B. Webber II, Trustee
PO Box 3000
Orlando, FL 32802-3000
(407)425-7010
E-mail: rwebber@zkslawfirm.com