**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

KEITH A. YERIAN,                       CASE NO.: 6:15-bk-01720-KSJ

    Debtor.                            Chapter 7
_____/

RICHARD B. WEBBER, II,
as Chapter 7 Trustee,

    Plaintiff,

                                                Adv. No.: 15-ap-64

KEITH A. YERIAN and
SUN Y. PAK,

    Defendants.
_____/

**PLAINTIFF'S MOTION TO CONSOLIDATE TRUSTEE'S**
**OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS IN THE MAIN CASE**
**WITH ADVERSARY PROCEEDING 6:15-AP-64 FOR DISCOVERY AND TRIAL**

       Plaintiff, Richard B. Webber, II, Chapter 7 Trustee ("Trustee"), hereby moves the Court for the entry of an order consolidating the Trustee's Objection to Property Claimed as Exempt (ECF No. 46)("Contested Matter") with Adversary Proceeding No. 6:15-ap-64 ("Adversary Proceeding") for Discovery and Trial and in support thereof states as follows:

       1.     The Adversary Proceeding and Contested Matter shares common issues of fact and law. Consolidating the Adversary Proceeding with the Contested Matter for Discovery and Trial would promote judicial economy and allow the litigation to proceed more efficiently for all the parties involved.

WHEREFORE, Plaintiff, Richard B. Webber, II, Chapter 7 Trustee, requests that the Court enter an order consolidating Trustee's Objection to Property Claimed as Exempt in the Main Case with Adversary Proceeding 6:15-ap-64 for the purposes of Discovery and Trial and granting such further relief as the Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion has been furnished either electronic transfer or via first-class, United States mail, postage prepaid, this day, August 5, 2015 to: Keith A Yerian, 5767 Treasure Lane, Grant, Fl 32949; Sun Y. Pak, 5767 Treasure Lane, Grant, Fl 32949; Brett A Elam, 105 S. Narcissus Avenue, Suite 802, West Palm Beach, FL 33401; and to the U.S. Trustee's Office, 400 W. Washington St, Ste. 1100, Orlando, FL 32801.

Dated: August 5, 2015

/s/Richard B. Webber II, Trustee
Richard B. Webber II
PO Box 3000
Orlando, FL 32802-3000
Phone: (407)425-7010
E-mail: rwebber@zkslawfirm.com