ORDERED.

Dated: November 09, 2015

_Karen S. Jennemann_
Karen S. Jennemann
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Keith A Yerian | ) | CASE # 6:15-bk-01720-KSJ |
| | ) | CHAPTER 7 |
| Debtor | ) | |

**ORDER GRANTING TRUSTEE'S NOTICE OF INTENT TO SELL AT AUCTION**

THIS CASE came on for consideration without hearing on Trustee's Notice of Intent to Sell (Doc. No. 59) filed on October 14, 2015 in this case. The Court finds appropriate notice has been given and no objections have been filed. The Court, having reviewed the Notice and being duly advised in the premises finds it should be granted. Accordingly, it is

**ORDERED**

1. The Trustee's Notice of Intent to Sell is GRANTED.

2. Trustee is authorized to sell the Debtors non-exempt property consisting of 2008 Smart for Two VIN # WMEEJ31X18K131519 at Auction on November 14, 2015 at 10:00 a.m. at Ewald Auctions, Inc., located at 120 W. Ponkan Rd, Apopka, FL 32712.

3. The terms of the sale as outlined in the Notice are hereby approved.

Trustee, Richard B. Webber II, is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.