UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Keith A. Yerian,

    Debtor.
_____/

Chapter 7
Case No.: 6:15-bk-01720-KSJ

**STATEMENT OF COMPENSATION**
**COMPENSATION UNDER 11 U.S.C. §329 AND F.R.B.P. 2016(b)**

    Frank Martin Wolff, P.A.[1] ("FMWPA") makes this statement pursuant to 11 U.S.C. §329 and F.R.B.P. 2016(b) and says:

    1.    Compensation Paid or Agreed to be Paid.  After the filing of this case, $21,900.00 was paid to FMWPA for services rendered or to be rendered by FMWPA in connection with Adv. Pro. No. 6:15-ap-00064-KSJ, filed by Richard Blackstone Webber, II, Trustee, against the Debtor and his non-filing spouse, Sun Y. Pak.

    2.    Source of Compensation.  The source of the foregoing compensation is:

    a.    $1,900.00 from the Debtor; and

    b.    $20,000.00 from Yerian Properties, LLC, a limited liability company wholly owned by the Debtor's self-directed IRA.

---

[1] On February 29, 2016, the law firm of Wolff, Hill, McFarlin & Herron, P.A. (WHM&H) terminated its practice.  The responsible attorney in this case, Frank M. Wolff, is now with the firm of Frank Martin Wolff, P.A. (FMWPA) WHM&H has assigned this case and this receivable to FMWPA.

G:\12153\2016(b).docx

3. <u>Sharing</u>. FMWPA has not shared or agreed to share the compensation with any entity other than with members and regular associates of FMWPA.

/s/ Frank M. Wolff
Frank M. Wolff
Florida Bar No. 319521
Frank Martin Wolff, P.A.
1851 West Colonial Drive
Orlando, FL 32804
Telephone (407) 648-0058
Facsimile (407) 648-0681
fwolff@fmwpa.com

Attorneys for the Debtor/Defendant
in Adversary Proceeding

## CERTIFICATE OF SERVICE

I certify that a copy of this statement of compensation was served on April 8, 2016 to all filing users through the CM/ECF filing system.

/s/ Frank M. Wolff
Frank M. Wolff