UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov


In re:

                           Chapter 7

Keith A. Yerian,                      Case No.: 6:15-bk-01720-KSJ

      Debtor.

_____/

### FIRST SUPPLEMENT TO STATEMENT OF
### COMPENSATION UNDER 11 U.S.C. §329 AND F.R.B.P. 2016(b)

Frank Martin Wolff, P.A. ("FMWPA") supplements the statement made pursuant to 11 U.S.C. §329 and F.R.B.P. 2016(b) and says:

1.     Compensation Paid or Agreed to be Paid.  After April 8, 2016, $10,000.00 was paid to FMWPA for services rendered or to be rendered by FMWPA in connection with this case.

2.     Source of Compensation.  The source of the foregoing compensation is Yerian Properties, LLC, a limited liability company wholly owned by the Debtor's self-directed IRA.

3.     Sharing.  FMWPA has not shared or agreed to share the compensation with any entity other than with members and regular associates of FMWPA.


                        /s/ Frank M. Wolff
                        Frank M. Wolff
                        Florida Bar No. 319521
                        Frank Martin Wolff, P.A.
                        1851 West Colonial Drive
                        Orlando, FL 32804
                        Telephone (407) 648-0058
                        Facsimile (407) 648-0681
                        fwolff@fmwpa.com

                        Attorneys for the Debtor/Defendant
                        in Adversary Proceeding

## **CERTIFICATE OF SERVICE**

I certify that a copy of this statement of compensation was served on May 10, 2016 to all

filing users through the CM/ECF filing system.


/s/ Frank M. Wolff
Frank M. Wolff