UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

                Chapter 7

KEITH A. YERIAN,           Case No.: 6:15-bk-01720-KSJ

    Debtor.
_____/

**RESPONSE OF FRANK MARTIN WOLFF, P.A. TO**
**TRUSTEE'S MOTION FOR TURNOVER OF PROPERTY OF THE ESTATE**

Frank Martin Wolff, P.A. responds to the Trustee's Motion for Turnover of Property of the Estate Against Frank Martin Wolff, P.A. (Doc. No. 78) as follows:

1. The Debtor has claimed his interest in his self-directed IRA as exempt.

2. Though the Trustee has objected to the claim of exemption (the "Objection") (Doc. no. 46), the Court has not determined the issues set out in the Objection.

3. Unless and until the Objection is sustained, the Trustee is not entitled to turnover of the fees referenced in April and May of this year in the F.R.B.P. 2016(b) disclosures.

Wherefore, Frank Martin Wolff, P.A. requests that the motion for turnover be denied.

**CERTIFICATE OF SERVICE**

I certify that a copy of this response has been served on November 2, 2016 to all filing users through the CM/ECF filing system.

                                              /s/ Frank M. Wolff
                                              Frank M. Wolff
                                              Florida Bar No. 319521
                                              Frank Martin Wolff, P.A.
                                              19 East Central Blvd
                                              Orlando, FL 32801
                                              Telephone (407) 982-4448
                                              Facsimile (407) 386-3364
                                              fwolff@fwolfflaw.com
                                              Attorney for Debtor/Defendant