ORDERED.

Dated:  February 24, 2017

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Keith A Yerian, | )   CASE # 6:15-bk-01720-KSJ |
| | )   CHAPTER 7 |
| Debtor | ) |

**ORDER SUSTAINING TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION**

THIS CASE came on for Trial on November 30, 2016 and December 5, 2016 upon the Trustee's Objection to the Debtor's Claim of Exemption (ECF No. 46).  This Court took the matter under advisement and issued oral findings of fact and conclusions of law pursuant to Federal Rule of Bankruptcy Procedure 7052 on February 14, 2017.  The Trustee has carried his burden of proof on the objection to the exemption and the Debtor committed prohibited transactions which caused his self-directed IRA to lose its exempt status pre-petition on January 1, 2014.  The objection is due to be sustained.  Accordingly, it is hereby ordered and adjudged as follows:

**ORDERED**:

1. The Trustee's Objection to the Debtor's Claim of Exemption is SUSTAINED.

2. The Trustee is directed to administer the assets of the Debtor's self-directed IRA as it lost its exempt status pre-petition on January 1, 2014.

Trustee, Richard B. Webber II, is directed to serve a copy of this Order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the Order.

[11000-710/5902415/1]