UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Keith A Yerian ) | Case # 6:15-bk-01720-KSJ |
| ) | Chapter 7 |
| Debtor ) | |

**TRUSTEE'S EMERGENCY MOTION TO SELL REAL PROPERTY
FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES,
AND INTERESTS PURSUANT TO 11 U.S.C. § 363(f) AND CERTIFICATE OF NECESSITY**

Richard B. Webber II, Chapter 7 Trustee (the "Trustee") duly appointed Chapter 7 Trustee for the above referenced debtor (the "Debtor") pursuant to Sections 105 and 363(b), (f) and (m) of the Bankruptcy Code hereby files this emergency motion ("Motion") for entry of an order for authority to sell certain real property free and clear of all liens, encumbrances, and interests. In support thereof, the Trustee respectfully states as follows:

JURISDICTION

1. This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A), (M), (N), and (O).

2. Venue is proper before this Court pursuant to 28 U.S.C. §§1408 and 1409.

3. The basis for the relief requested are 11 U.S.C. §§ 363(b), (f), and (m), Federal Rules of Bankruptcy Procedure 2002 and 6004.

BACKGROUND

4. On February 27, 2015, the Debtor commenced this case by filing a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code (the "Petition Date").

5. Richard B. Webber II is the duly appointed and qualified Chapter 7 Trustee.

6. The Trustee held and concluded the 341 meeting of creditors on April 9, 2015.

7. The Trustee previously filed an Amended Report and Notice of Intention to Sell Property of the Estate described as Debtors 100% ownership interest in the real property located at Condominium Lagaomar

Unit # 7-L Carolina Puerto Rico 00959 TIN 063-018-801-15-093 (the "Property") (Doc. # 195) with no objections filed.

8. Trustee has just been made aware of an HOA lien in the amount of $6,946.51 and a Mortgage Note to Banco Popular in the amount of $96,000.00 (unsatisfied Title Defect from Debtor's purchase of the real property).

9. The HOA lien will be paid at closing from the sale proceeds.

10. The Mortgage Note was paid in full to Banco Popular by the Debtor at the time of purchase of the Property, but the Satisfaction was never recorded (it is called Note Cancellation in Puerto Rico).

11. Trustee needs to obtain an Order from this Court approving the Sale of the Property free and clear of liens in order to obtain clear title and cancel the Note in Puerto Rico.

12. Trustee has entered into a Sale Contract with Pedro Perez for $106,000.00 for the Property. A copy of the Contract is attached hereto as Exhibit "A" and incorporated by reference herein.

13. The closing for the Property is scheduled for January 31, 2018.

14. If the closing is not held by January 31, 2018, Mr. Perez will be homeless and the contract will be cancelled. Mr. Perez is a Veteran who suffers from PTSD.

## RELIEF REQUESTED

15. The Trustee requests the entry of an order pursuant to Section 363(b), (f) and (m) of the Bankruptcy Code approving the sale of the Property free and clear of all liens, claims, encumbrances, and interests.

16. The Trustee seeks the Court's authority to sell the Property free and clear of all liens, claims, encumbrances, and interests, but otherwise "As-Is, Where-Is" and without representations or warranties of any type, express or implied, being given by the Trustee and his professionals, pursuant to the Sale procedures described below.

17. Pursuant to Section 363(f) of the Bankruptcy Code, the Trustee may sell property free and clear of any interest in such property in an entity other than the estate if (1) permitted under applicable non-bankruptcy law; (2) the party asserting such interest consents; (3) the interest is a lien and the purchase price at

[11000-710/6536820/1]

which the property is to be sold is greater than the aggregate value of all liens on the property; (4) the interest is the subject of a bona fide dispute; or (5) the party asserting the interest could be compelled, in a legal or equitable proceeding, to accept a money satisfaction for such interest. *See In re Smart World Techs.*, LLC, 423 F.3d 166, 169 n.3 (2d Cir. 2005) ("Section 363 permits sales of assets free and clear of claims and interests . . . It thus allows purchasers . . . to acquire assets [from a debtor] without any accompanying liabilities."); *see also In re MMH Auto. Group, LLC*, 385 B.R. 347, 367 (Bankr. S.D. Fla. 2008).

18. The Trustee states that he shall satisfy Section 363(f)(2) of the Bankruptcy Code because the Secured Creditor consents to the sale of the property under Section 363(f)(2) of the Bankruptcy Code, free and clear of all liens, claims, encumbrances, and interests and the HOA fees will be paid at Closing.

19. Accordingly, under Section 363(f)(2) of the Bankruptcy Code, the Trustee seeks authority to sell the Property free and clear of all liens, claims, encumbrances, and interests but otherwise "As-Is, Where-Is" and without representations or warranties of any type given by the Trustee or his professionals. Notwithstanding that the Trustee will seek authority to execute all documents and instruments he deems reasonable, necessary and/or desirable to close the sale, the only documents that the Trustee shall be required to deliver to close shall be (a) a Trustee's Deed, and (b) a copy of the Final Sale Order.

20. Trustee requests that this Court waive the 14 day period pursuant to Rule 6004(h) so the Closing can occur on January 31, 2018.

## CONCLUSION

WHEREFORE, the Trustee respectfully requests that the Court enters an Order approving the sale of the Property pursuant to Sections 105 and 363(b), (f) and (m) of the Bankruptcy Code and for such other and further relief as this Court deems just and equitable under the circumstances of the case.

Under penalty of perjury, I have read the foregoing Emergency Motion and it is true and correct to the best of my knowledge information and belief.

I HEREBY CERTIFY that a true and correct copy of the foregoing Emergency Motion has been furnished via first-class United States Mail, postage prepaid, or via electronic file transfer this January 18, 2018 to: Keith A Yerian, 5767 TREASURE LANE, GRANT, FL 32949; Brett A Elam, LAW OFFICES OF BRETT A ELAM PA, 105 S. NARCISSUS AVENUE, SUITE 802, WEST PALM BEACH, FL 33401; creditors listed on the attached matrix; and the United States Trustee, 400 W. Washington St., Suite 1100, Orlando, FL 32801.

/s/ Richard B. Webber II
Richard B. Webber II, Trustee
PO Box 3000
Orlando, FL 32802-3000
Phone: (407)425-7010
E-mail: rwebber@zkslawfirm.com



## Eddie Realty & Associates
### Eddie Nieves Santiago, Realtor Lic 15185
### Contrato de Opción de Compraventa
*Option to Purchase Agreement*

**Sellers:**

**Richard B Webber, Trustee of Yerian Properties LLC also Known as Keith A Yerian SS ID # xxx-xx-4554, Case Number : 6:15-bk-01720-KSJ hereinafter "THE OWNER"**

**Buyer:** Pedro Perez Ayala SS xxx-xx-5926, Resident of Playa Azul 1 apt 1107 Luquillo PR 00773

The undersigned Sellers agree to sell and the undersigned Buyer agrees to buy the real property described as follows in existing conditions ("as is"):

**Address:** _Condominium Lagomar Unit # 7-L , 7 Ave Laguna, Carolina PR 00979 Catastro/ Property tax identification number # 063-018-801-15-093  Public Records Number is FINCA #31,510, FOLIO #179, TOMO 594 CAROLINA 1st SECTION_

1. The buyer(s) and seller(s) understand and agree that the real property describe above is for sale in its existing condition. The cost of any improvements to the property or equipment installation required by the lender will be paid by the buyer.

2. The total Price is **($106,000.00)** dollars paid as follows: **($3,000.00)** as earnest Money, presented with this offer, and **($103,000.00)** dollars at the moment of closing, balance will be paid on a cashier check to the name of the Trustee at closing. If any debts or liens are pending will be subtracted from this amount.

    The Deed of Sale will be paid by the BUYER and prepared by a Notary to be selected by Closing Agent, and executed on/or before December 31, 2017. All efforts to cooperate will be made by both Sellers and Buyers. Buyer will pay the notary fees for the preparation of the deed of sale, with their original and stamps, for the original and all expenses of the deeds. Buyers will pay all the costs and expenses of a certified copy of the Deed of Sales, its recording, and all costs of financing, including discounts points and mortgage deed.

3. **Seller Concession:** Seller will give a SELLER CONTRIBUTION to the BUYER of $6,000.00 for closing costs. SELLER will convey to transfer to purchaser good, legal, marketable, fee simple title to the above property.

4. Taxes, interest, insurance, and any moneys deposited in escrow for such expenses, will be paid by seller and adjusted at the closing date.

5. Sellers agree to pay commission of six percent (6%) of the total Price of the property sold to Eddie Nieves, amount that will be paid at the date of the execution of the deed of sale. The escrow deposit will be on hold to be part of the Realtors Invoice.

6. Possession shall be given to Buyers on the Closing date or any agreement written.

7. This contract is subject to approval by the Sellers no later than 72 hours. When so approved, this contract shall be binding to both parties. If it is not approved, all earnest money will be refunded to the Buyers.

8. This contract represents the entire agreement between the parties and no verbal agreement shall bind either party.

Page 1 of 2

WWW.EDDIEREALTY.COM
Eddie Nieves Santiago
Realtor E-pro, BPOR , MRP-
NRDS # 742503070
HUD NAID # NVSSNT9161
Real Estate Broker - CBR.15185
Po Box153, Boqueron PR 00622-0153
email: eddie@eddierealty.com
Cell. 787-307-6673 / 787-689-4173

9. The earnest Money deposit shall be applied to the purchase Price. If the Buyers refuse to conclude the sale on the above terms, the earnest money shall be forfeited and half of the deposit shall be paid in equal parts to Eddie Realty and the other half to the Sellers.

10. If the Buyers are ready, willing and able to execute sales deed and other closing documents and to pay the portion of the purchase price and other adjustments provided for the above, but the Sellers do not execute the deed of sale, Buyers shall have the right to specific performance of this contract plus damages if any, or at their option, may cancel this contract and receive the earnest money in total. In either case, Sellers shall be liable to pay Eddie Nieves the full commission provided herein.

11. The Buyers and Sellers understand that Eddie Nieves also known as Eddie Realty & Associates are acting solely as Brokers in this sale, and are not responsible for any defects in construction, hidden defects, malfunction of appliances, electric systems or plumbing, defects in the title of the property, permits, or noncompliance of either party pending the execution of the Deed. The Buyers recognize that they have been advised of the benefits of contracting the services of a professional property inspector.

12. This is a legally binding document. Read it carefully and in case of any doubts of any doubts consult an attorney.

Comprador/Buyer _____   Vendedor/Seller _Ric B. Wilken, Trustee_

Vendedor/Seller _____

Fecha/Date: _November 13th, 2017_    Fecha/Date: _November 13th, 2017_

Page 2 of 2

WWW.EDDIEREALTY.COM
Eddie Nieves Santiago
Realtor E-pro, BPOR , MRP-
NRDS # 742503070
HUD NAID # NVSSNT9161
Real Estate Broker - CBR.15185
Po Box153, Boqueron PR 00622-0153
email: eddie@eddierealty.com
Cell. 787-307-6673 / 787-689-4173

```
Label Matrix for local noticing        Antonio Escudero Viera                  Robert H Ewald
113A-6                                  McConnellValdes LLC                    Ewald Enterprises, Inc.
Case 6:15-bk-01720-KSJ                  PO Box 364225                          12472 Lake Underhill Road
Middle District of Florida              San Juan, PR 00936-4225                Suite 312
Orlando                                                                        Orlando, FL 32828-7144
Thu Jan 18 15:15:42 EST 2018

Wm. Paul Henderson                      LCS Financial Services Corporation     Sun Yo Pak
147 W. Lyman Ave.                       Attn: Bankruptcy Department            c/o Frank Martin Wolff PA
Winter Park, FL 32789-4367              6782 South Potomac Street, Suite 100   19 E. Central Blvd.
                                        Centennial, CO 80112-4585              Orlando, FL 32801-2468


Joseph Van Heyde II                     Steven M Vanderwilt                    Keith A Yerian
800 North Magnolia Ave Ste 1500         9940 Hood Road                         5767 Treasure Lane
Orlando, FL 32803-3269                  Jacksonville, FL 32257-1134            Grant, FL 32949-8203


American Express                        American Express Centurion Bank        Brevard County Tax Collector
Po Box 3001                             c o Becket and Lee LLP                 Attn:  Honorable Lisa Cullen, CFC
16 General Warren Blvd                  POB 3001                               Post Office Box 2500
Malvern, PA 19355-1245                  Malvern, PA 19355-0701                 Titusville FL 32781-2500


Cach Llc/Square Two Financial           Chase Card                             Chase Mtg
Attention: Bankruptcy                   Po Box 15298                           Po Box 24696
4340 South Monaco St.   2nd Floor       Wilmington, DE 19850-5298              Columbus, OH 43224-0696
Denver, CO 80237-3485


Dean Barker                             Deborah W Yerian                       Deborah W. Yerian
3290 Kent Road                          17830 Galehouse Rd                     c/o CSPC
Stow, OH 44224-4512                     Doylestown OH 44230-9374               P.O. Box 182394
                                                                               Columbus, OH 43218-2394


Discover Bank                           Discover Fin Svcs Llc                  Dsnb Macys
Discover Products Inc                   Po Box 15316                           9111 Duke Blvd
PO Box 3025                             Wilmington, DE 19850-5316              Mason, OH 45040-8999
New Albany, OH   43054-3025


Emp of Wadsworth LTD                    Florida Department of Revenue          Internal Revenue Service
c/o Bay Area Credit Service             Bankruptcy Unit                        Post Office Box 7346
POB 467600                              Post Office Box 6668                   Philadelphia PA 19101-7346
Atlanta, GA 31146-7600                  Tallahassee FL 32314-6668


JPMorgan Chase                          JPMorgan Chase Bank, N.A.              PNC BANK, N.A.
c/o Real Time Resolutions, Inc.         c/o LCS Financial Services Corporation PO BOX 94982
1349 Empire Central Drive, Suite #150   6782 S. Potomac Street, Suite 100      CLEVELAND, OHIO 44101-4982
Dallas, Texas 75247-4029                Centennial, CO 80112-4585


Pnc Bank                                Pnc Bank                               Pnc Bank Na
2730 Liberty Ave                        Attn: Bankruptcy                       Po Box 3180
Pittsburgh, PA 15222-4747               2730 Liberty Ave                       Pittsburgh, PA 15230-3180
                                        Pittsburgh, PA 15222-4747
```

```
Quest Diagnostics                  Frank M Wolff +                    United States Trustee - ORL7/13 +
P.O. Box 740781                    Frank Martin Wolff, P.A.           Office of the United States Trustee
Cincinnati, OH 45274-0781          19 E. Central Blvd                 George C Young Federal Building
                                   Orlando, FL 32801-2468             400 West Washington Street, Suite 1100
                                                                      Orlando, FL 32801-2210


Brett A Elam +                     Kevin Patrick Robinson +           Michael A Nardella +
Law Offices of Brett A Elam PA     Zimmerman Kiser & Sutcliffe PA     Nardella & Nardella, PLLC
105 S. Narcissus Avenue, Suite 802 315 East Robinson Street           250 East Colonial Drive, Ste 102
West Palm Beach, FL 33401-5530     Suite 600                          Orlando, FL 32801-1231
                                   Orlando, FL 32801-4341


Richard B Webber +                 Richard B Webber, Trustee +        Bradley J Anderson +
Post Office Box 3000               Post Office Box 3000               Zimmerman Kiser & Sutcliffe PA
Orlando, FL 32802-3000             Orlando, FL 32802-3000             315 East Robinson Street
                                                                      Suite 600
                                                                      Orlando, FL 32801-4341


Note: Entries with a '+' at the end of the
name have an email address on file in CMECF




            The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Karen S. Jennemann              (u)Nieves Santiago                 (u)Jack Wingo
Orlando




(d)Deborah W. Yerian               End of Label Matrix
17830 Galehouse Rd                 Mailable recipients   39
Doylestown, OH 44230-9374          Bypassed recipients    4
                                   Total                 43
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: )
 )
Keith A Yerian ) Case # 6:15-bk-01720-KSJ
 ) Chapter 7
       Debtor )

## CERTIFICATE OF NECESSITY OF REQUEST FOR EMERGENCY HEARING

I HEREBY CERTIFY, as a member of the Bar of the Court, that I have carefully examined the matter under consideration and to the best of my knowledge, information and Belief formed after reasonable inquiry, all allegations are well ground in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matter under consideration is not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is just cause to request a consideration of the following pleading on an emergency basis:

**Trustee's Emergency Motion to Sell Real Property Free and Clear of Liens, Claims, Encumbrances, and Interests Pursuant to 11 U.S.C. § 363(f)**

I CERTIFY FURTHER that there is a true necessity for an emergency hearing, specifically, because the Trustee seeks to sell Real Property in Puerto Rico and requires a hearing prior to January 31, 2018 for the following reasons:

1. Trustee has just been made aware of an HOA lien in the amount of $6,946.51 and a Mortgage Note to Banco Popular in the amount of $96,000.00.

2. The Mortgage Note was paid in full to Banco Popular by the Debtor at the time of purchase of the Property but the Satisfaction was never recorded. Trustee needs to obtain an Order from this Court approving the Sale of the Property free and clear of liens in order to obtain clear title.

3. The Buyer of the Property, Pedro Perez, is a disabled Vietnam Veteran with PTSD who will be homeless on February 1, 2018 if the closing does not take place on January 31, 2018.

I CERTIFY FURTHER that the necessity of this emergency hearing has not been caused by a lack of due diligence on my part, but has been brought about only by circumstances beyond my control or that of my client. I further certify that this motion is filed with full understanding of F.R.B.P. 9011 and the consequences of noncompliance with same.

Dated this 18th day of January, 2018.

                                                                              /s/ Richard B. Webber II
                                                                              Richard B. Webber II, Trustee
                                                                              PO Box 3000
                                                                              Orlando, FL 32802-3000
                                                                              Phone: (407)425-7010
                                                                              E-mail: rwebber@zkslawfirm.com